IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

FILED

2012 APR -4  P 12: 12

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

Henry Chance,  )
      Plaintiff,  )  Civil Action No. 1:12cv372
   )  GBL 1TRJ
v.  )
 )
Robert Hruska, Sr.  )
      Defendant(s).  )
 )

### COMPLAINT

1. Now comes Henry Chance (Plaintiff) who resides with his family at 1 Bellamy Lane, Fredericksburg, Virginia, a family dwelling in a sub-divided neighborhood, and does state and affirm the following as true statements and facts;

2. pon information and belief, Mr. Robert Hruska (Defendant) resides at 18 Bellamy Lane, Fredericksburg, Virginia with others and animal(s) and has resided at this address since a time prior to the 2004 calendar year;

3. Beginning in the year 2004 or prior to 2004, the defendant began committing and continues committing to this day, intentional, deliberate and unlawful acts which are damaging and injurious to the health, safety, life, quality of life, and constitutional rights and privileges of the plaintiff and the family members of the plaintiff;

4. The tort-feasor's (defendant Robert Hruska's) actions and that of his animals have caused life threatening injury to the health of the plaintiff including causing dozens of respiratory infections, bacterial infections and other diseases from chronic exposure to animal feces deposited on the plaintiff's property on a daily basis by the defendant, his animals, his charges and animal companions brought to the plaintiff's property;

5. Defendants' actions has caused the plaintiff to spend thousands of dollars in medications, medical care, doctor bills, medical devices, prescription medications, over the counter medications, antibiotic and antiviral treatments, home ventilation and air cleaning systems and other remedies seeking relief from the detriments caused by the defendant;

6. The infections and illnesses caused the plaintiff by the defendant's actions has caused extensive material monetary and income losses and unrealized revenue to the Plaintiff due to infections, reactions to medication and drugs and degradation of bodily functions in the Plaintiff;

7. The defendants' actions have interfered with the civil and human rights of the Plaintiff and caused significant degradation in the quality of life and prospects for a health life going forward into the future and has caused injury to plaintiff's bodily functions and organs essential to health, normal life functions;

8. The defendants' actions, negligence and failure to take reasonable care has caused the destruction of expensive vegetation, expensive landscaping and property beautification expensed by the plaintiff;

9. The tort-feasor, Mr. Robert Hruska, is the direct cause, indirect cause and proximate cause of plaintiff's loss of enjoyment of plaintiff's socio-economic status, loss of plaintiff's enjoyment of his residential property, loss of plaintiff's good health, the generation of great and sustained mental anguish in plaintiff;

10. On dozens of occasions, the plaintiff has informed the defendant of the damages being caused by the defendants' actions and failure to take normal care with his animals and companion animals and made dozens of demands to the defendant that he immediately stop such destructive actions. The defendant did not stop or cease his actions as requested by the plaintiff;

11. On or about March 17, 2012, the defendant threaten the life and safety of the plaintiff and the plaintiff's family upon the plaintiff's urging that defendant leave and never return to plaintiff's residential property;

12. On or about March 17, 2012, plaintiff sought a protective order from the Stafford County Sherriff's Office for relief from the intimidation of the defendant;

13. On or about March 21, 2012 a order of protection was granted from the magistrate for Stafford County to protect plaintiff and plaintiff's family from the defendant who continues to come to plaintiff's property with his animals and leave very large amounts of feces on plaintiff's property;

14. On or about March 23, 2012, at 1:07 PM, the plaintiff had Federal Express deliver a no trespass letter to the defendant with a demand to remain 500 feet from the plaintiff's property; on the evening of March 23, 2012 the defendant was observed with a large black dog and the do

was releasing feces and urine on the plaintiff's property in violation of the no trespass order by the plaintiff;

15. On or about March 28, 2012, the plaintiff requested an arrest warrant for the defendant's violation of the no trespass letter and no trespass order from the magistrate of Stafford County Virginia;

16. On or about March 30, 2012, the plaintiff received an communication from the defendants attorney with notice that plaintiff is continuing his actions on the property of the plaintiff and would not cease, nor desist in his damaging and destructive activities.

17. The Plaintiff has exhausted all other available legal remedies to persuade the defendant to cease and desist in his tortuous, injurious, damaging, and deprecating actions against the plaintiff, plaintiff's property and plaintiff civil and economic rights;

**Prayer for Relief:**

Given the aforementioned, the plaintiff prays for the following relief from the court; A Jury trial on the facts of this case; compensatory and punitive damages in the amount of $5,000,000.00 (Five Million Dollars U. S. Currency); an order prohibiting the defendant and his agents from coming within 500 feet of plaintiff, plaintiff's family, an order grant the collection of biological and DNA samples from the defendant's animals, plaintiff's residence and any other property connected to the plaintiff; and other such relief the court may grant.


Signed,

_Henry Chance_                    _4/4/2012_
Henry Chance                       Date

## CERTIFICATE OF SERVICE

I certify that on __04/04/2012__ the foregoing document was served on Mr. Robert Hruska, Sr. of 18 Bellamy Lane through his legal counsel made known to me as The Law Offices of Frederick. H. Kruck, Jr., PC at 7551 Foxview Drive, Warrenton, Virginia 20186 as defendants' Counsel of record through the CM/ECF system if they are registered users or, if they are not, by Serving a true and correct copy at the addresses listed below:

Mr. Robert Hruska, Sr.
18 Bellamy Lane,'
Fredericksburg, Virginia  22406

Mr. Frederick H. Kruck, Jr., PC
7551 Foxview Drive
Warrenton, Virginia 20186
fred@fhklaw.net
(540) 347-2900 Office
(815) 361-7432 Telecopier

_/s/ Henry Chance_           __April 4, 2012__
Henry Chance                                            Date