## CIVIL MINUTES

DATE: 6-29-12    CASE NUMBER: 1:12CV372    START 12:41

JUDGE: Lee    REPORTER: Donna Sutter of McCoy Rptg.    END 1:00

Henry Chance, pro se

v.

Robert Hruska, Sr.

Counsel for Plaintiff(s): Pltff pro se

Counsel for Defendant(s): Alex DeWitt, Frederick Kruck

THIS MATTER CAME ON FOR HEARING ON:

Δ's motion to dismiss under 12(b)(1) + 12(b)(6) - heard. Findings stated, and the court decided this mot. under 12(b)(1) only, but will not grant the motion to amend (dismissed with prejudice). Advised of right to appeal.