IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

HENRY CHANCE, )
)
Plaintiff, )
) CASE NO. 1:12-cv-00372
v. )
)
ROBERT HRUSKA, SR., )
)
)
Defendant. )

## ORDER

THIS MATTER is before the Court on Defendant Robert Hruska Sr.'s Motion to Dismiss Plaintiff's Complaint Pursuant to FRCP Rule 12(b). (Dkt. No. 6.) For the reasons stated in open Court, it is hereby

ORDERED that Defendant's Motion to Dismiss is GRANTED and no leave to amend will be granted. The case is DISMISSED WITHOUT PREJUDICE.

The Clerk is directed to forward a copy of this Order to counsel of record and Plaintiff, *pro se*.

ENTERED this 29th day of June, 2012.

Alexandria, Virginia
6/29/2012

                                                  /s/
                                   Gerald Bruce Lee
                                   United States District Judge

FILED
JUN 29 2012
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA